DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANINE KOTOCAVAGE**,
Appellant,

v.

**PUBLIX SUPER MARKETS, INC.,**
Appellee.

No. 4D22-1546

[March 2, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman; L.T. Case No. 502020CA007558XXXXMB.

Chelsea T. Silvia and Mark Packo of GED Lawyers, LLP, Boca Raton, for appellant.

Edward G. Guedes of Weiss Seroto Helfman Cole & Bierman, P.L., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***